JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.K. ANDERSON,<br><br>             Plaintiff,<br><br>        v.<br><br>SYSTEMS TECHNOLOGY, INC., et al.,<br><br>             Defendants. | Case No. ED CV 15-1806-VAP (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed with prejudice.

Dated:   Sept 6, 2016

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE